Mr. Richard Pridgen #1462472
P.O. Box 1569
Lillington, North Carolina 27546



LEGAL MAIL:

Mail from Harnett
Correction Institution

RECEIVED
JAN 19 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



CLERKS OFFICE
UNITED STATES DISTRICT COURT
Eastern District of North Carolina
P.O. Box 25670
Raleigh, North Carolina 27611